■ In the Matter of DERICK L., an Infant. CATHERINE W., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [996 NYS2d 918]—Appeal from order, Family Court, Bronx County (Karen I. Lupuloff, J.), entered on or about August 21, 2013, which denied respondent's application pursuant to Family Court Act § 1028 for the return of the subject child, unanimously dismissed, without costs, as moot. Appeal from order, same court and Judge, entered on or about January 7, 2013, which directed the temporary removal of the child, unanimously dismissed, without costs, as abandoned.

Respondent's appeal from the August 21, 2013 order has been rendered moot by the subsequent finding of neglect against her (*Matter of Hezekiah J. [Stacy J.]*, 117 AD3d 642 [1st Dept 2014]). Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.